## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE ADIA JANINE PAYSINGER, | BAP No. CO-15-060 |
| Debtor. | |
| _____ | |
| KEVIN D. HEUPEL and HEUPEL LAW, | Bankr. No. 12-35943 |
| Appellants, | Chapter 7 |
| v. | ORDER TRANSFERRING APPEAL |
| ADIA JANINE PAYSINGER, | TO U.S. DISTRICT COURT |
| Appellee. | January 12, 2016 |

_____

The matter before the Court is the Optional Appellee Statement of Election to Proceed in District Court ("Election") filed by Adia Janine Paysinger ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8005(b), it is HEREBY ORDERED that:

(1)    This appeal is transferred to the United States District Court.

(2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)   All documents related to this appeal are transmitted to the United States District Court.

For the Panel:

Blaine F. Bates
Clerk of Court